Certificate Number: 03088-PAE-DE-031119952

Bankruptcy Case Number: 18-12492



03088-PAE-DE-031119952

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 1, 2018, at 5:25 o'clock PM CDT, Philip A Tassoni completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 1, 2018           By:    /s/Brianna M Glynn

                               Name:  Brianna M Glynn

                               Title: Counselor