IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
|    Philip A. Tassoni | : | Case No.: 18-12492AMC |
| | : | |
| Debtor(s) | : | Chapter 13 |

### PRAECIPE TO WITHDRAW

TO THE COURT:

    On behalf of the Debtor, please withdraw the Debtor's Amended Chapter 13 Plan, filed at Docket Number 22.

Dated: October 19, 2018           /s/ Brad J. Sadek, Esquire
                                                         Brad J. Sadek, Esquire
                                                         Sadek and Cooper
                                                         "The Philadelphia Building"
                                                         1315 Walnut Street, #502
                                                         Philadelphia, PA 19107
                                                         215-545-0008