# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12492-AMC

PHILIP A TASSONI

223 RIDLEY AVENUE
APT. 2
FOLSOM, PA 19033

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    PHILIP A TASSONI

    223 RIDLEY AVENUE
    APT. 2
    FOLSOM, PA 19033

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                           /S/ William C. Miller

Date: 10/30/2018                                _____

                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee