## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Philip A. Tassoni

                    Debtor(s)

Toyota Lease Trust, its successors and/or assigns

                    Movant

       vs.

Philip A. Tassoni

                    Debtor(s)

William C. Miller Esq.

                    Trustee

CHAPTER 13

NO. 18-12492 amc

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Toyota Lease Trust, which was filed with the Court on or about **May 17, 2018; Docket No.12**.

Respectfully submitted,

By: **/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322
Attorney for Movant/Applicant

January 14, 2019