UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Philip A. Tassoni<br>　　　　　　　　Debtors(s) | |
| Toyota Motor Credit Corporation<br>　　　　　　　　Movant<br>　　v.<br>Philip A. Tassoni<br>　　　　　　　　Respondent<br>　　　and<br>William C Miller<br>　　　　　　　　Additional Respondent | BK NO. 18-12492-AMC<br><br>CHAPTER 13 |

**CERTIFICATE OF NO OBJECTION OR RESPONSE REGARDING MOTION OF TOYOTA MOTOR CREDIT CORPORATION FOR RELIEF FROM THE AUTOMATIC STAY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, filed on August 24, 2020 at Doc. No. 45 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than September 8, 2020.

It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Date: September 16, 2020

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Robert Wendt*, Esquire
　　　　　　　　　　　　　　　　　　　　　　　By: Robert Wendt, Esquire
　　　　　　　　　　　　　　　　　　　　　　　rwendt@leopoldassociates.com
　　　　　　　　　　　　　　　　　　　　　　　Attorney ID No.
　　　　　　　　　　　　　　　　　　　　　　　Leopold & Associates, PLLC
　　　　　　　　　　　　　　　　　　　　　　　80 Business Park Drive, Suite 110
　　　　　　　　　　　　　　　　　　　　　　　Armonk, New York 10504
　　　　　　　　　　　　　　　　　　　　　　　(914)-219-5787
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant