UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Philip A. Tassoni | | |
| | Debtors(s) | |
| Toyota Motor Credit Corporation | | BK NO. 18-12492-amc |
| | Movant | |
| v. | | CHAPTER 13 |
| Philip A. Tassoni | | |
| | Respondent | |
| and | | |
| William C Miller | | |
| | Additional Respondent | |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C.§362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and assigns to take possession and sell, lease, and otherwise dispose of the 2015 Toyota Corolla with VIN 2T1BURHE5HC749783 in a commercially reasonable manner. The stay provide by Bankruptcy Rule 4001(a)(3) is waived.

Signed this      day of          , 2020

**Date: September 23, 2020**

_____
United States Bankruptcy Judge

cc See attached service list

PHILIP A. TASSONI
*Debtor*
223 RIDLEY AVENUE, APT. 2
FOLSOM, PA 19033


BRAD J. SADEK, ESQ.
*Attorney for Debtor Philip A. Tassoni*
1315 WALNUT STREET, SUITE 502
PHILADELPHIA, PA 19107

WILLIAM C. MILLER, ESQ.
*Trustee*
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106

LEOPOLD & ASSOCIATES, PLLC
*Attorney(s) for Creditor*
80 BUSINESS PARK DRIVE, SUITE 100
ARMONK, NY 10504