United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Philip A. Tassoni  
    Debtor

Case No. 18-12492-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Sep 23, 2020  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2020.  
db         +Philip A. Tassoni,  223 Ridley Ave,  Apt. 2,  Folsom, PA 19033-1916

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2020 at the address(es) listed below:  
         BRAD J. SADEK    on behalf of Debtor Philip A. Tassoni brad@sadeklaw.com,  bradsadek@gmail.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
         ROBERT PATRICK WENDT     on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION paeb@fedphe.com,  
          LeopoldAssociatesPAX6428@projects.filevine.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
          philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                                  TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Philip A. Tassoni<br>                       Debtors(s)<br>Toyota Motor Credit Corporation<br>                       Movant<br>              v.<br>Philip A. Tassoni<br>                       Respondent<br>           and<br>William C Miller<br>                       Additional Respondent | BK NO. 18-12492-amc<br><br>CHAPTER 13 |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C.§362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and assigns to take possession and sell, lease, and otherwise dispose of the 2015 Toyota Corolla with VIN 2T1BURHE5HC749783 in a commercially reasonable manner. The stay provide by Bankruptcy Rule 4001(a)(3) is waived.

Signed this      day of          , 2020

**Date: September 23, 2020**

_____
United States Bankruptcy Judge

cc See attached service list

PHILIP A. TASSONI
*Debtor*
223 RIDLEY AVENUE, APT. 2
FOLSOM, PA 19033


BRAD J. SADEK, ESQ.
*Attorney for Debtor Philip A. Tassoni*
1315 WALNUT STREET, SUITE 502
PHILADELPHIA, PA 19107

WILLIAM C. MILLER, ESQ.
*Trustee*
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET, SUITE 502
PHILADELPHIA, PA 19106

LEOPOLD & ASSOCIATES, PLLC
*Attorney(s) for Creditor*
80 BUSINESS PARK DRIVE, SUITE 100
ARMONK, NY 10504