**IN THE UNITED STATES BANKRUPTCY COURT FOR**
EASTERN           **DISTRICT OF** PENNSYLVANIA
PHILADELPHIA        **DIVISION**

In re

PHILIP A TASSONI

                                    Debtors.

In Chapter 13 Proceeding
Case No. 18-12492

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank        c/o PRA Receivables
Management, LLC hereby withdraws its Request for Special Notice filed on
4/14/2018        Docket Number 8  .

Dated: This 10 th day of July    , 2023

By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## **Certificate of Service**

I hereby certify that a copy of the foregoing was served electronically to the following parties:

BRAD J SADEK
Attorney

WILLIAM C MILLER
Chapter 13 Trustee

Dated: This 10 th day of July , 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257