United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-12492-amc
Philip A. Tassoni  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Jul 20, 2023 | Form ID: 138OBJ | Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Philip A. Tassoni, 223 Ridley Ave, Apt. 2, Folsom, PA 19033-1916 |
| 14091202 | + | 1st Crd Srvc, 377 Hoes Lane, Piscataway, NJ 08854-4138 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 21 2023 00:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 21 2023 00:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14091203 | ^ | MEBN | Jul 21 2023 00:37:24 | AmeriFinancial Solutions. Llc, Po Box 65018, Baltimore, MD 21264-5018 |
| 14091204 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 21 2023 00:49:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14107495 | | Email/PDF: bncnotices@becket-lee.com | Jul 21 2023 01:03:25 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14091205 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 21 2023 01:02:45 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14091216 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2023 01:03:19 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14091206 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 21 2023 00:50:00 | Fingerhut, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 14091207 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 21 2023 00:45:45 | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14124290 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 21 2023 00:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14091209 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 21 2023 00:49:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14124675 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2023 01:03:20 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14110626 | | Email/PDF: cbp@omf.com | Jul 21 2023 00:46:26 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14091210 | + | Email/PDF: cbp@omf.com | | |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Jul 20, 2023 | Form ID: 138OBJ | Total Noticed: 24

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 21 2023 00:48:13 | OneMain Financial, Attn: Bankruptcy Department, 601 Nw 2nd St #300, Evansville, IN 47708-1013 |
| 14091211 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 21 2023 00:48:19 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14094005 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 21 2023 01:03:01 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14091375 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 21 2023 00:46:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14124715 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2023 01:02:41 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14123814 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 21 2023 00:50:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14091215 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2023 01:03:22 | Syncb/home Design Se, Po Box 96060, Orlando, FL 32896-0001 |
| 14106752 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 21 2023 00:49:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14559573 | | Email/PDF: bncnotices@becket-lee.com | Jul 21 2023 01:03:25 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14091208 | *+ | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14091212 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14091213 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 14091214 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 22, 2023          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:

**Name**          **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 20, 2023 | Form ID: 138OBJ | Total Noticed: 24 |

BRAD J. SADEK
    on behalf of Debtor Philip A. Tassoni brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Toyota Lease Trust bkgroup@kmllawgroup.com

ROBERT PATRICK WENDT
    on behalf of Creditor TOYOTA MOTOR CREDIT CORPORATION paeb@fedphe.com
    LeopoldAssociatesPAX6428@projects.filevine.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Philip A. Tassoni
        Debtor(s)

Case No: 18−12492−amc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/20/23